**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE 1:18-cv-20370-FAM**

ANDRES GOMEZ,

      Plaintiff,

v.

GOLDMAN SACHS & CO. LLC,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANDRES GOMEZ, and Defendant, GOLDMAN SACHS & CO. LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal with prejudice of Defendant, Goldman Sachs & Co., with the parties to bear their respective fees and costs except as may be provided for in a separate agreement.

Stipulated this 2nd day of March, 2018.

By: */s/Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
FBN: 535451
ALFREDO GARCIA-MENOCAL
FBN: 533610
GARCIA-MENOCAL & PEREZ, P.L.
Marina Lakes, Unit 3
4937 SW 74th Court
Miami, FL 33155
E-Mail: ajperezlaw@gmail.com
ajperez@ lawgmp.com
agarciamenocal@lawgmp.com
Telephone: 305-553-3464
Facsimile: 305-553-3031
*Attorneys for Plaintiff*

**GREENBERG TRAURIG, P.A**
333 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: */s/ Robert S. Fine*
   ROBERT S. FINE
   Florida Bar No. 155586
   E-mail: FineR@gtlaw.com

*Counsel for Defendant Goldman Sachs & Co LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 2nd day of March, 2018.

Respectfully submitted,

By: */s/ Robert S. Fine*_____
ROBERT S. FINE
Florida Bar No. 155586
E-mail: FineR@gtlaw.com